NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY FRED BYRD,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D16-2711
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Lee
County; Bruce Kyle, Judge.

Howard L. Dimmig, II, Public
Defender, and Benedict P. Kuehne,
Special Assistant Public Defender,
Bartow; Michael T. Davis of Kuehne
Davis Law, Miami, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa;
and Todd Chapman, Assistant
Attorney General, Tampa (substituted
as counsel of record), for Appellee.


PER CURIAM.


                    Affirmed.

VILLANTI, SLEET, and ATKINSON, JJ., Concur.